# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jennifer L. Wilson,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                                      3:11cv537

Federal National Mortgage Association,
Suntrust Mortgage, Inc., and Does

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 11, 2012 Order.

                                          Signed: May 11, 2012

Frank G. Johns, Clerk
United States District Court